IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN E. FORTNEY,

    Plaintiff,

v.

LT. CHRIS STEVENS, C.O. III DAVID LONGSINE, JERMEY LEIRMO, LUKE FULLMER, COLE COOPMAN, LARRY DILLENBERG, BRIAN VAN LOO, NURSE MARILYN VANTERKINTER and NURSE KATHY LEMENS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-192-slc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting defendants' motion for summary judgment for plaintiff's failure to exhaust his administrative remedies and dismissing the case without prejudice.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

NOV 1 2 2009
Date