IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN E. FORTNEY,

                Plaintiff,                ORDER

   v.

                                                         09-cv-192-slc

LT. CHRIS STEVENS, C.O. III DAVID LONGSINE,
JERMEY LEIRMO, LUKE FULLMER, COLE
COOPMAN, LARRY DILLENBERG, BRIAN VAN LOO,
NURSE MARILYN VANTERKINTER and NURSE
KATHY LEMENS,

                Defendants.

---

On November 10, 2009 I granted defendants' motion for summary judgment because plaintiff failed to exhaust his administrative remedies on his claim that defendants violated his Eighth Amendment rights. On December 10, 2009. I denied plaintiff's request for leave to proceed *in forma pauperis* on appeal because he had not shown that he was indigent in this case. Now plaintiff moves for reconsideration.

Plaintiff notes that he was granted leave to proceed *in forma pauperis* in Case No. 09-cv-597-slc. That decision was based on a trust fund statement submitted by plaintiff over three months ago on September 8, 2009. In order for the court to determine whether plaintiff can proceed *in forma pauperis* on his appeal in *this* case, plaintiff will have to update this information by submitting a certified copy of his trust fund account statement for the six months preceding the date he filed his appeal. I will deny plaintiff's motion for reconsideration. However, I will consider his request to proceed *in forma pauperis* if he submits an updated trust fund account statement no later than January 12, 2009.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration, dkt. # 92, is DENIED.

Entered this 22nd day of December, 2009.

          BY THE COURT:

          /s/

          STEPHEN L. CROCKER
          Magistrate Judge